IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Deneka Bluitt Julieta Cruz Jacquelyn Haidle Michelle Stark | : : : : : : : : | CIVIL ACTION NOs.: 1:21-cv-03568-LMM 1:21-cv-03630-LMM 1:22-cv-00046-LMM 1:22-cv-00671-LMM 1:22-cv-02213-LMM 1:23-cv-00203-LMM 1:23-cv-00387-LMM 1:23-cv-01241-LMM |

## **ORDER**

Defendants identified the Plaintiffs listed below as having duplicative cases. On December 13, 2024, in accordance with the Court's Case Management Order Regarding Direct Filing, Dkt. No. [129], the Court ordered that each Plaintiff below show cause within 10 days as to why the second-filed case should not be dismissed without prejudice.

| Plaintiff | Cause # | Date Filed | Firm |
|---|---|---|---|
| Deneka Bluitt | 1:21CV03630 | 9/1/21 | Parafinczuk Wolf |
| Deneka Bluitt | 1:22CV00046 | 1/5/22 (transferred) | Milberg Coleman Porter & Malouf |
| Julieta Cruz | 1:22CV00671 | 2/17/22 | Cohen Hirsch |
| Julieta Cruz | 1:22CV02213 | 6/3/22 | Schneider Hammers |
| Jacquelyn Haidle | 1:23CV00387 | 1/25/23 | The Driscoll Firm |
| Jacquelyn Haidle | 1:23CV00203 | 1/16/23 | Keller Postman Yaeger Law |
| Michelle Stark | 1:21CV03568 | 8/27/21 | Brown & Crouppen |
| Michelle Stark | 1:23CV01241 | 3/23/23 | Schneider Hammers |

Plaintiffs Julieta Cruz, Jacquelyn Haidle, and Michelle Stark responded to the Order to Show Cause by stipulating dismissal of their second-filed cases (1:22-CV-02213, 1:22-CV-00203, and 1:23-CV-01241, respectively). Plaintiff Deneka Bluitt did not file a response to the Order to Show Cause.

Accordingly, the Court **APPROVES** the responses of Plaintiffs Julieta Cruz, Jacquelyn Haidle, and Michelle Stark; **DISMISSES** Deneka Bluitt's second-filed case, 1:23CV01241, **WITHOUT PREJUDICE** as duplicative; and **DIRECTS** the Clerk to terminate submission of the Orders to Show Cause.

**IT IS SO ORDERED** this 30th day of December, 2024.

_____
**Leigh Martin May**
**United States District Judge**